UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                                    )         Chapter 13 Case No. 23-51635
    Robert Michael Brown          )
    Anesha Nickolas Brown        )
                                                  )
                                                  )         Judge Nami Khorrami
            Debtors.              )

AMENDMENT TO PETITION, SCHEDULES, CREDITOR MATRIX AND/OR
STATEMENT OF AFFAIRS PURSUANT TO BANKRUPTCY RULE 1009

The attachments hereto amend the following:

      _____A/B     __X__C     _____D          _____E/F

      _____G     _____H     ____I     ____J     _____Matrix
      _____other

Debtors represent that the amendment attached contains full and true statements of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.
    Debtors, Robert & Anesha Brown, certify that the foregoing is true and correct.

Executed on: 6/28/2023

                        /s/ Robert Michael Brown
                        Signature of Debtor

                        /s/ Anesha Nickolas Brown
                        Signature of Co-Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Amended Schedule C was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case, including, but not limited to, the case Trustee and the United States Trustee, at the email address registered with the court and (ii) by ordinary U.S. Mail on June 28, 2023, addressed to the below creditors and parties in interest:

See attached list.

                                                      /s/ Lucas M. Ruffing
                                                      Lucas M. Ruffing