| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:23-bk-51635<br>Southern District of Ohio<br>Columbus<br>Wed Jun 28 11:41:33 EDT 2023 | 1st Credit Services<br>377 HOES LANE<br>Piscataway, NJ 08854-4155 | (p)AMERICAN ELECTRIC POWER<br>ATTN JASON E REID<br>1 RIVERSIDE PLAZA 13TH FLOOR<br>COLUMBUS OH 43215-2373 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Anesha Nickolas Brown<br>509 Belvedere Dr.<br>Mount Vernon, OH 43050-9670 | Robert Michael Brown<br>509 Belvedere Dr.<br>Mount Vernon, OH 43050-9670 |
| Citi<br>PO BOX 6217<br>Sioux Falls, SD 57117-6217 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Credit Acceptance Corporation<br>25505 W 12 Mile Road<br>Suite 3000<br>Southfield, MI 48034-8331 |
| Faye D. English<br>Chapter 13 Trustee<br>10 West Broad Street<br>Suite 1600<br>Columbus, OH 43215-3416 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| NEW ALBANY MARKET PARTNERS LLC<br>150 E. BROAD ST., STE. 100<br>Columbus, OH 43215-3634 | Nicole Brown<br>C/o Morrow County CSEA<br>619 W. Marion Road<br>Mount Gilead, OH 43338-1097 | Northstar Realty LLC<br>387 E Livingston Ave<br>Columbus, OH 43215-5531 |
| Ohio Department of Taxation<br>PO Box 182131<br>Columbus, OH 43218-2131 | Ohio Department of Taxation, Bankruptcy Div<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Park National Bank<br>50 N THIRD ST<br>Newark, OH 43055-5548 |
| Parker Gregg<br>202 White Heirs<br>Mount Vernon, OH 43050-2815 | Lucas M. Ruffing<br>82 N. Franklin St.<br>Delaware, OH 43015-1932 | SMS Companies, LLC<br>509 Belvedere Dr.<br>Mount Vernon, OH 43050-9670 |
| SOCIAL SECURITY ADMINISTRATION<br>PO BOX 3430<br>Philadelphia, PA 19122-0430 | Social Security<br>125 Derby Downs Rd.<br>Newark, OH 43055-3303 | Social Security Admin.<br>Great Lakes Program Center<br>600 W. Madison St.<br>Chicago, IL 60661-2406 |
| Syncb/CC DC<br>PO BOX 965036<br>Orlando, FL 32896-5036 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AEP
PO Box 24417
Canton, OH 44701

Columbia Gas
PO Box 742510
Cincinnati, OH 45274-2510

Internal Revenue Service
PO Box 802501
Cincinnati, OH 45280

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25