**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:   ROBERT MICHAEL BROWN | : | Case No. 23-51635 |
| ANESHA NICKOLAS BROWN | | |
| | : | Chapter 13 |
| DEBTOR(S) | : | Judge Mina Nami Khorrami |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (Related Doc. 14)

Now comes Faye D. English, standing Chapter 13 Trustee, and withdraws her objection to confirmation filed on July 06, 2023 and therefore recommends to the Court that the Debtor(s)' Plan be confirmed.

Trustee notes that plan payments are current.

    Respectfully submitted,

    /s/ Faye D. English
    Faye D. English
    Chapter 13 Trustee
    10 West Broad Street, Suite 1600
    Columbus, Ohio  43215-3419
    Telephone: 614-420-2555
    Facsimile: 614-420-2550

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal Of Objection To Confirmation Of Plan was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **first class mail** on 8/9/2023 addressed to:

>Robert Michael Brown
>Anesha Nickolas Brown
>509 Belvedere Dr.
>Mount Vernon, Oh 43050

>/s/ Faye D. English
>Faye D. English (0075557), Chapter 13 Trustee