IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Robert Michael Brown
     Anesha Nickolas Brown

CASE NO: 23-51635

CHAPTER 13

JUDGE: John E. Hoffman Jr.

### NOTICE OF INTENTION TO PAY CLAIMS

Notice is hereby given to the Debtor(s) and Counsel for Debtor(s) of the Chapter 13 Trustee's intention to pay the claims of creditors named in the amounts set forth below, pursuant to 11 U.S.C. §502(a). Debtor(s): if you believe the treatment of any claim is inaccurate, please contact your attorney.

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | PERCENT | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00007 | 1st Credit Services<br>377 HOES LANE<br>Piscataway, NJ 08854 | Not filed | 100.00% | 9.25 % | UNSECURED |
| 00008 | AEP<br>PO Box 24417<br>Canton, OH 44701 | Not filed | 100.00% | 9.25 % | UNSECURED |
| 00010 | COLUMBIA GAS<br>PO BOX 742510<br>CINCINNATI, OH 45274-2510 | Not filed | 100.00% | 9.25 % | UNSECURED |
| 00015 | CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE ROAD SUITE 3000<br>SOUTHFIELD, MI 48034 | 0.00 | 100.00% | 0.00 % | DISALLOWED PER ORDER |
| 00003 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 11,849.91 | 100.00% | 0.00 % | PRIORITY |
| 00016 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 1,206.21 | 100.00% | 9.25 % | UNSECURED |
| 00018 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 577.81 | 100.00% | 9.25 % | UNSECURED |

CASE NO. 23-51635    Robert Michael Brown and Anesha Nickolas Brown

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | PERCENT | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00011 | NEW ALBANY MARKET PARTNERS LLC<br>150 E. BROAD ST., STE. 100<br>Columbus, OH  43215 | Not filed | 100.00% | 9.25 % | UNSECURED |
| 00004 | Nicole Brown<br>6232 Twp Rd 175<br>Cardington, OH  43315 | Paid by Debtor | 100.00% | 0.00 % | PRIORITY |
| 00006 | Northstar Realty LLC<br>387 E Livingston Ave<br>Columbus, OH  43215 | Not filed | 100.00% | 9.25 % | REJECTED LEASE |
| 00005 | OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL OF THE STATE OF OHIO<br>30 E BROAD STREET 14TH FLOOR<br>COLUMBUS, OH  43215 | 917.76 | 100.00% | 0.00 % | PRIORITY |
| 00017 | OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL OF THE STATE OF OHIO<br>30 E BROAD STREET 14TH FLOOR<br>COLUMBUS, OH  43215 | 148.50 | 100.00% | 9.25 % | UNSECURED |
| 00001 | PARK NATIONAL BANK<br>PO BOX 1270<br>MOUNT VERNON, OH  43050 | 10,509.00 | 100.00% | 9.25 % | SECURED-506 |
| 00002 | Park National Bank<br>50 N Third St<br>Newark, OH  43055 | Paid by Debtor | 100.00% | 0.00 % | SECURED |
| 10001 | PARK NATIONAL BANK<br>PO BOX 1270<br>MOUNT VERNON, OH  43050 | 3,800.23 | 100.00% | 0.00 % | UNSECURED |
| 00012 | Park National Bank<br>50 N Third St<br>Newark, OH  43055 | Paid outside | 100.00% | 9.25 % | CODEBTOR CLAIM |
| 00009 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 1,239.13 | 100.00% | 9.25 % | UNSECURED |

CASE NO. 23-51635    Robert Michael Brown and Anesha Nickolas Brown

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | PERCENT | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00014 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 1,322.44 | 100.00% | 9.25 % | UNSECURED |
| 00013 | SOCIAL SECURITY ADMINISTRATION<br>PO BOX 2861<br>PHILADELPHIA, PA  19122 | 15,348.00 | 100.00% | 9.25 % | UNSECURED |
| | TOTAL | 46,918.99 | | | |
| 00000 | LUCAS M RUFFING ESQ<br>82 N FRANKLIN ST<br>DELAWARE, OH  43015 | 2,350.00 | 100.00% | 0.00 % | ATTORNEY FEE |

(As of the date of entry of the confirmation order, pursuant to 11 U.S.C.§ 1325(a)(4), the best interest dividend is 100.00%)

Dated:  May 28, 2024

/s/Faye D. English

Faye D. English
Chapter 13 Trustee
10 West Broad St., Suite 1600
Columbus, OH  43215-3419
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Intention to Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **First Class Mail** on May 28, 2024 addressed to:

>Robert Michael Brown
>Anesha Nickolas Brown
>509 Belvedere Dr.
>Mount Vernon, Oh 43050

/s/ Faye D. English
Faye D. English (0075557), Chapter 13 Trustee
